

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00617-CV

**IN THE INTEREST OF D.C.N.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00502
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's January 6, 2023 Final Order in Suit Affecting the Parent-Child Relationship and REMAND this cause for a new trial. For good cause, we order the Texas Department of Family and Protective Services to pay the costs of this appeal.

SIGNED December 20, 2023.

_____
Beth Watkins, Justice